1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  EDGARDO HERRERA,                Case No. CV 13-7965 SS

12            Petitioner,

13       v.                              **JUDGMENT**

14  MARTIN D. BITER, Warden,

15            Respondent.

16

17

18       Pursuant to the Court's Memorandum Decision and Order denying

19  the Petition,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is

22  dismissed with prejudice.

23

24  DATED:  March 24, 2017

25

26                              _____/s/_____
                                SUZANNE H. SEGAL
27                              UNITED STATES MAGISTRATE JUDGE

28